# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHRISTOPHER MARZETT REED                                           PLAINTIFF
Reg. #21430-076

V.                         No. 2:18CV00105-JM-JTR

JENIFFIER PETRO, APN/FNP-BC,
Health Services Unit,
Forrest City Medium, *et al.*                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Christopher Marzett Reed may PROCEED with his Federal Tort Claims Act claim against the United States.

2. Reed may PROCEED with his inadequate medical care, corrective inaction and related racial discrimination and equal protection claims, under *Bivens*, the Arkansas Civil Rights Act, and 42 U.S.C. §§ 1981, 1985 and 1986, against the following Defendants, in their individual capacities: John Hardin, M.D.; Nwannem Obi-Okoye, M.D.; Andrew Manos, PA-C; J. Capps, M.D.; Patricia Morehart, APN; J. Harris, APRN; M. Hickerson, DPN-ACNP-BC; Sheila Woodard, M.D.; B. Hoy, HSA; Gene Beasley, Warden; James E. Robinson, Acting Assistant Warden; J.F. Caraway, Acting Regional Director; Ian Connors, General Counsel; and Doe Defendants.

3. All other claims and Defendants are DISMISSED, without prejudice.

4. Reed's request for class certification is DENIED.

5. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

6. The Clerk is directed to prepare a summons for the United States, Hardin, Obi-Okoye, Manos, Capps, Morehart, Harris, Hickerson, Woodard, Hoy, Beasley, Robinson, Caraway and Connors. The United States Marshal is directed to serve the summons, Complaint and Partial Recommended Disposition,[1] and this Order, on the United States Attorney for the Eastern District of Arkansas and the United States Attorney General, without prepayment of fees and costs or security therefor.[2]

Dated this 11th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Dkt. Nos 2 & 10.

[2] If any of the Defendants are no longer BOP employees, the individual accepting service must file a **sealed** Statement providing the unserved Defendant's last known private mailing address.