UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER MARZETT REED                                            PLAINTIFF
Reg. #21430-076

V.                          No. 2:18CV00105-JM-JTR

JOHN HARDIN, M.D., Health Services
Unit, Forrest City Medium, *et al.*                                 DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Christopher Marzett Reed's Emergency Motion for Preliminary Injunction, Preventative Injunction and Temporary Restraining Order (Dkt. No. 16) is denied.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 17th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE