UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER MARZETT REED                                           PLAINTIFF
Reg. #21430-076

V.                          No. 2:18CV00105-JM-JTR

JOHN HARDIN, M.D., Health Services Unit,
Forrest City Medium, *et al.*                                      DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Separate Defendant John Hardin's Motion to Dismiss (Dkt. No. 39) is GRANTED, and Christopher Marzett Reed's claims against him are dismissed, with prejudice.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 3rd day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE