**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

CHRISTOPHER MARZETT REED                                              PLAINTIFF
Reg. #21430-076

V.                              No. 2:18CV00105-JM-JTR

NWANNEM OBI-OKOYE, MD, Health
Services Unit, Forrest City Medium, *et al.*                          DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is

approved and adopted in its entirety as this Court's findings in all respects. The Motion to Dismiss

(Dkt. No. 37) filed by James Robinson, Gene Beasley, J.F. Caraway, Ian Connors, and Brenda

Hoy, is GRANTED as to Christopher Marzett Reed's *Bivens* claims against Robinson, Beasley,

Caraway, and Connors, but DENIED as to his claims against Hoy.

IT IS SO ORDERED this 21st day of September, 2020.


_____
UNITED STATES DISTRICT JUDGE