UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER MARZETT REED                                                  PLAINTIFF

V.                                    No. 2:18CV00105-JM

NWANNEM OBI-OKOYE, MD,
Health Services Unit,
Forrest City Medium, *et al.*                                             DEFENDANTS

## ORDER

Plaintiff Christopher Marzett Reed has not complied with the September 22, 2020 Order directing him to file a free-world application to proceed *in forma pauperis*, or pay the remainder of the filing fee, due to his release from incarceration. *Doc. 63*. The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 17th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE