UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER MARZETT REED                                              PLAINTIFF

V.                              No. 2:18CV00105-JM

NWANNEM OBI-OKOYE, MD,
Health Services Unit,
Forrest City Medium, *et al.*                                         DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 17th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE