UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER MARZETT REED                                        PLAINTIFF

V.                            No. 2:18-CV-00105-JM

NWANNEM OBI-OKOYE, M.D.,
Health Services Unit,
Forrest City Medium, *et al.*                                   DEFENDANTS

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Manos' Amended Motion for Summary Judgment (Doc. 76) be GRANTED, and Reed's claims against him be DISMISSED, with prejudice.

2. Dr. Obi-Okoye and Dr. Woodard's Motion for Summary Judgment (Doc. 79) be GRANTED, and Reed's claims against them be DISMISSED, with prejudice.

3. The United States' and BOP Defendants' Motion for Summary Judgment (Doc. 84) be GRANTED, and Reed's claims against the United States, Harris, Hickerson, Morehart, and Hoy be DISMISSED, with prejudice.

4. Reed's race and equal protection claims, which he has asserted against all Defendants under ACRA and 42 U.S.C. §§ 1981, 1985 and 1986, be DISMISSED, with prejudice.

5. Reed's claims against "Dr. J. Capps," who he has failed to properly serve, be DISMISSED, without prejudice.

Dated this 14th day of March, 2022.

                                          _____
                                          UNITED STATES DISTRICT JUDGE