**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

CHRISTOPHER MARZETT REED                                                    PLAINTIFF

V.                                          No. 2:18-CV-00105-JM

NWANNEM OBI-OKOYE, M.D.,
Health Services Unit,
Forrest City Medium, *et al.*                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is

denied, and the case is closed.

Dated this 14th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE